# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

DOUGLAS M. BLACKMER, as Personal Representative of
Jade C. Blackmer, and on behalf of the Estate of
Jade Blackmer and her survivors,

Appellant,

v.

CHRISTOPHER DONOVAN,

Appellee.

No. 2D2025-1358

———————————————

November 19, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Allisa M. Ellison, Judge.

Michael J. Labbee and Tyler A. Hayden of Phillips, Hayden & Labbee,
LLP, St. Petersburg, for Appellant.

Douglas M. Fraley of Molhem & Fraley, P.A., Tampa, for Appellee.


PER CURIAM.

Affirmed.

LUCAS, C.J., and SLEET and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.